IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| T. D. WILLIAMSON, INC., | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | Civil Action No. 18-1449 |
| | ) | District Judge Marilyn J. Horan |
| v. | ) ) | Magistrate Judge Maureen P. Kelly |
| JASON ELLIOT, | ) ) | |
| Defendant. | ) ) | |

## **ORDER OF COURT**

AND NOW, this __11th__ day of March, 2019, after Plaintiff T.D. Williamson, Inc. ("Plaintiff") filed an action in the above-captioned case, and after a Motion for Default Judgment was filed, ECF No. 7, and after a Report and Recommendation was filed by the United States Magistrate Judge giving the parties until February 28, 2019, to file written objections thereto and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion for Default Judgment is granted, and by separate Judgment Order, Judgment shall be entered in favor of Plaintiff T.D. Williamson, Inc., and against Defendant Jason Elliot in the amount of $76,682.26, plus interest on the judgment at the legal rate until the judgment is satisfied.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as

provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

BY THE COURT:

MARILYN J. HORAN
UNITED STATES DISTRICT JUDGE

cc: Honorable Maureen P. Kelly
Chief United States Magistrate Judge

All Counsel of Record Via CM-ECF

Jason Elliot
3048 Estate Drive
Oakdale, PA 15071